AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 4 2016

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**Armando Arias-De Jesus**

AKA: **Fabian De Jesus Arias**

IAE  YOB: 1985
the United Mexican States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-16-1644-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 3, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Pharr, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Armando Arias-De Jesus was encountered by Border Patrol Agents near Pharr, Texas on September 03, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 10, 2016, near Brownsville, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 21, 2016, through El Paso, Tx. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 27, 2015, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to eighteen (18) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,
**September 04, 2016**

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

**Jerrico Leason**      **Senior Patrol Agent**

Signature of Judicial Officer